**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**TIMOTHY SCOTT LEATHERBY** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:26-CV-332-MPM-JMV**

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY** **DEFENDANT**

**ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION FOR EXPEDITED CASE MANAGEMENT AND JURY-TRIAL SETTING**

Plaintiff filed two motions to remand this case to state court [Docs. 6, 11] on this date; accordingly, certain proceedings were stayed pursuant to L.U. Civ. R. 16(b)(1)(B) [Doc. 13]. On this date, Plaintiff also filed a motion for expedited case management and jury trial setting [Doc. 9], which is due to be denied as moot at this juncture pursuant to the order staying case [Doc. 13] inasmuch as the Court does not intend to enter a case management order until the pending motions to remand are decided in accordance with the Local Rules.

**IT IS, THEREFORE, ORDERED** that the motion for expedited case management and jury trial setting [Doc. 13] shall be and is hereby denied as moot.

**SO ORDERED** this, the 2nd day of November, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**